# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>  Plaintiff(s),<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>  Defendant(s). | Case No.: 2:18-cv-01546-RFB-NJK<br><br>**Order** |

Pending before the Court is a motion demanding security of costs. Docket No. 7. Any response shall be filed by September 25, 2018.

IT IS SO ORDERED.

Dated: September 24, 2018

_____
Nancy J. Koppe
United States Magistrate Judge