# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>    Plaintiff(s),<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>    Defendant(s). | Case No.: 2:18-cv-01546-RFB-NJK<br><br>**Order**<br><br>[Docket No. 7] |

Pending before the Court is a motion demanding security of costs. Docket No. 7. Plaintiff filed a partial opposition. Docket No. 10. For good cause shown, the motion is hereby **GRANTED** and the security of costs shall be made within 7 days of the issuance of this order.

IT IS SO ORDERED.

Dated: September 26, 2018

                                                            Nancy J. Koppe
                                                            United States Magistrate Judge