# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | Case No.: 2:18-cv-01546-RFB-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| SFR INVESTMENTS POOL 1, LLC, | |
| Defendant(s). | |

It appears Defendant was served on August 31, 2018, Docket No. 6, but has not responded to the complaint. No other action has been taken, other than the briefing of a motion for demand of security of costs. The parties shall file a joint status report by January 25, 2019.

IT IS SO ORDERED.

Dated: January 14, 2019

                                                                  Nancy J. Koppe
                                                                   United States Magistrate Judge