Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-Mail: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-Mail: jackie@kgelegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-Mail: karen@kgelegal.com
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for Defendant,*
*SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-16 ASSET-BACKED CERTIFICATES SERIES 2006-16,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, inclusive, and DOE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01546-RFB-NJK<br><br>**SUPPLEMENTAL ORDER GRANTING MOTION TO DISMISS** |

Before the Court came SFR Investments Poo1, LLC's motion to dismiss Plaintiff's complaint [ECF No. 16]. Having considered Plaintiff's Response [ECF No. 17] and SFR's Reply [ECF No. 18], and for all the reasons stated on the record, the rules as follows:

IT IS HEREBY ORDERED that SFR's Motion to Dismiss is **GRANTED.** All claims are dismissed with prejudice as time barred. Plaintiff, its successors or assigns, have no enforceable lien, interest or property right in the real property located at 6068 Aripeka Street, Henderson, Nevada 89011; Parcel No. 161-35-213-162. The Court further finds that there is no basis to support the lis pendens in this case as Plaintiff has no existing interest in the Property. The lis

- 1 -

pendens recorded against the Property in the Official Records of the Clark County Recorder as Instrument No. 201808310000728 shall therefore be expunged

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: December 5, 2019.

Submitted by:

**Kim Gilbert Ebron**

*/s/ Karen L. Hanks*
Karen L. Hanks, Esq.
Email: karen@kgelegal.com
Nevada Bar No. 9578
7625 Dean Martin Drive, Ste 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*


Approved as to Form and Content:

**Akerman LLP**

*Refused to sign*
Jared Sechrist, Esq.
Nevada Bar No. 10439
1635 Village Center Circle, Ste 200
Las Vegas, Nevada 89134
*Attorneys for Deutsche Bank National Trust Company*
*as Trustee for GSAA Home Equity Trust 2006-16 Asset-Backed Certificates Series 2006-16*

- 2 -

**KIMGILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

## CERTIFICATE OF SERVICE

I hereby certify that on the  21st  day of September, 2018, pursuant to FRCP 5(b)(2)(E), I caused service of a true and correct copy of the foregoing **SFR INVESTMENTS POOL 1, LLC'S DEMAND FOR SECURITY OF COSTS PURSUANT TO NRS 18.130(1)** to be made electronically via the U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system upon the following parties at the e-mail addresses listed below:

Karen A. Whelan, Esq.
Melanie D. Morgan, Esq.
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada  89134-6375
E-Mail: karen.whelan@akerman.com
        melanie.morgan@akerman.com
*Attorney for Plaintiff,*
*Deutsche Bank National Trust Company as Trustee for GSAA Home Equity Trust 2006-16 Asset-Backed Certificates Series 2006-16*