MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
**AKERMAN LLP**
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Deutsche Bank National Trust Company as Trustee for GSAA Home Equity Trust 2006-16 Asset-Backed Certificates Series 2006-16*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-16 ASSET-BACKED CERTIFICATES SERIES 2006-16,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, inclusive, and DOE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01546-RFB-NJK<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

**TO:   ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Rex D. Garner, Esq. is no longer associated with the law firm of Akerman LLP and requests that Mr. Garner be removed from the service list.

Akerman LLP continues to serve as counsel for Deutsche Bank National Trust Company as Trustee for GSAA Home Equity Trust 2006-16 Asset-Backed Certificates Series 2006-16 in this action.

/ / /

/ / /

/ / /

/ / /

56436647;1

1

All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Melanie D. Morgan, Esq. and Donna M. Wittig, Esq.

DATED this 9th day of February, 2021

**AKERMAN LLP**

*/s/ Donna M. Wittig, Esq.*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Deutsche Bank National Trust Company as Trustee for GSAA Home Equity Trust 2006-16 Asset-Backed Certificates Series 2006-16*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATE: February 9, 2021

56436647;1